DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LINGAPPA AMARCHAND,

Appellant,

v.

MATILDE AMARCHAND,

Appellee.

No. 2D2025-1758

_____

May 27, 2026

Appeal from the Circuit Court for Hillsborough County; Joseph M. Tompkins, Judge.

Christie Lou Mitchell of The CLM Law Firm, P.A., Orlando, for Appellant.

Janelle A. Weber of Manta Law, Tampa, for Appellee.


PER CURIAM.

     Affirmed.


BLACK, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.